SIGMUND WYLER, as Trustee under the Will of MARTIN SIMONS, Deceased, Appellant, *v.* ELIZABETH SCHINDLER, Defendant, and FRANK J. SINNOTT et al., Defendants-Respondents.

Argued May 25, 1944; decided June 14, 1944.

*Lloyd B. Kanter* for appellant.

*Stephen S. Bernstein* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.